IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GOODMAN CO., L.P.<br>(formerly known as AMANA CO., L.P.),<br><br>　　　　　　　　Plaintiff,<br><br>V.<br><br>A & H SUPPLY, INC.,<br><br>　　　　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-05-3093<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Counsel for A & H Supply, Inc. has filed a Motion to Compel. (Docket Entry No. 33). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken, without prejudice, and no written response is required. A premotion conference is set for **August 16, 2006, at 10:00 a.m.** on the discovery disputes.

SIGNED on August 8, 2006, at Houston, Texas.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　United States District Judge